Our File No.: 53918
MORTON & CRAIG, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
(856)866-0100
Attorney for Santander Consumer USA Inc.
JM5630_____

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

IN RE
  ROBERT FRANK HUNTER, JR.

CHAPTER 13
CASE NO: 22-19586 (VFP)
HEARING DATE: 7-20-2023

NOTICE OF MOTION OF SANTANDER CONSUMER USA INC. TO MODIFY THE AUTOMATIC STAY

To:

    Robert Frank Hunter, Jr.
    112 Forest Avenue
    West Caldwell, NJ 07006
    Debtor

    Christopher G. Cassie, Esq.
    1000 Maplewood Drive
    Suite 202
    Maple Shade, NJ 08052
    Attorney for the debtor

    Marie-Ann Greenberg
    30 Two Bridges Road
    Suite 330
    Fairfield, NJ 07004-1550
    Trustee

    U.S. Trustee, US Dept of Justice
    Office of the US Trustee
    One Newark Center, Suite 2100
    Newark, NJ 07102

William E. Craig, Esquire, attorney for Santander Consumer USA Inc., has filed papers with the Court for relief from the automatic stay to permit Santander Consumer USA Inc. to repossess and sell the motor vehicle(s) described in the attached pleadings.  **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult with one.**  If you do not want the Court to grant the relief sought, or if you want the Court to consider your views on the motion, then no later than seven (7) days before the hearing date, you or your attorney must:

File with the Court a written request for a hearing (or, if the Court requires a written response, an answer, explaining your position) at:

> United States Bankruptcy Court
> 50 Walnut Street
> PO Box 1352
> Newark, NJ 07101-1352

If you mail your (request) (response) to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy to:

> William E. Craig, Esquire
> 110 Marter Avenue, Suite 301
> Moorestown, NJ 08057

TAKE FURTHER NOTICE that the facts movant relies upon, as set forth on the accompanying certification, and the basis for relief from the automatic stay, do not present complicated questions of fact or unique questions of law, it is hereby submitted that no brief is necessary in the Court's consideration of the within Motion, and TAKE FURTHER NOTICE that oral argument is hereby not requested.

**Attend the hearing scheduled to be held on July 20, 2023 at 10 a.m. in Courtroom #3B, United States Bankruptcy Court, 50 Walnut Street, Newark, New Jersey 07102.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order.

Date:   6-29-2023                         /s/ William E Craig, Esquire
                                          William E. Craig, Esquire
                                          Attorney for Santander Consumer USA Inc.